# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Jeffrey Jay Rusthoven

Plaintiff

v.

Sheryl Ramstad Hvass, State of Minnesota
and Lou Stender

Defendants

Case No. Civil 00-1612 DWF/AJB

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Magistrate Judge Boylan's Report and Recommendation dated 7/24/00 is adopted. Petitioner's application for a writ of habeas corpus is dismissed with prejudice.

DATE: August 28, 2000

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk